UNITED STATES of America, Plaintiff–Appellee

v.

Mario MEDRANO–SANCHEZ, also known as Jimi Garcia–Sanchez, Defendant–Appellant.

No. 13–40628
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Feb. 21, 2014.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Michael Lance Herman, Assistant Federal Public Defender, Molly Estelle Odom, Esq., Assistant Federal Public Defender, Federal Public Defender's Office, Southern District Of Texas, Houston, TX, for Defendant–Appellant.

Before REAVLEY, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Mario Medrano–Sanchez raises an argument that he concedes is foreclosed by *United States v. Rodriguez–Escareno,* 700 F.3d 751, 753–54 (5th Cir.2012), *cert. de-*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

*nied,* —— U.S. ——, 133 S.Ct. 2044, 185 L.Ed.2d 902 (2013), which held that the sentence enhancement provided for in U.S.S.G. § 2L1.2(b)(1)(A)(i) applies to a conviction for the federal crime of conspiracy to commit a federal drug-trafficking offense. The appellant's motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.